UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

                                          Docket No. 23-cr-508 (PKC)

EUGENE AUSTIN,

    Defendant.
-----------------------------------------------------------X

WHEREAS, the Defendant Eugene Austin is currently on bail, with a condition of that bail being he cannot have any contact with Brandon Austin outside the presence of counsel; and

WHEREAS, the Defendant Eugene Austin has filed a motion to modify his bail conditions to allow him to have in-person contact with Brandon Austin outside the presence of counsel; and

WHEREAS, the Government does not object to the Defendant Eugene Austin having two in-person visits per month outside the presence of counsel with Brandon Austin, along with attendance at Eugene Austin's godson's wedding, with prior approval by Pre-Trial Services;

It is hereby ORDERED, that the Defendant Eugene Austin's bail conditions be modified to permit two in-person visits per month with Brandon Austin, outside the presence of counsel, with prior approval for each visit, with no other contact between them.

Dated: ~~November~~ December 7, 2023

SO ORDERED:

_____
Hon. P. Kevin Castel
United States District Judge
Southern District of New York