UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                            23 CR 508 (PKC)

        -against-                                              ORDER

EUGENE WILLIAM AUSTIN, JR.,

                       Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       The pretrial conference previously scheduled for January 16, 2024 is adjourned until January 18, 2024 at 2:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to accommodate the Court calendar.  Accordingly, the time between today and January 18, 2024 is excluded.

       SO ORDERED.

                                                                          P. Kevin Castel
                                                                  United States District Judge

Dated: New York, New York
          January 5, 2024