**DAVID K. BERTAN**
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

April 29, 2024

**Via ECF**

Hon. P. Kevin Castel, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   USA v. Eugene Austin
              23-Cr-508 (PKC)

Dear Judge Castel:

> Bail is modified on a one-time basis to permit defendant Eugene Austin to travel from his home in Suffolk County to his lawyer's office in Manhattan on April 30, 2024 for a multi-hour meeting with his attorney and return to his home in Suffolk County immediately thereafter.
> SO ORDERED.
> 4/29/2024
>
> _P. Kevin Castel_
> United States District Judge

      I represent Mr. Austin in the above matter. I am submitting this letter motion as a request for a temporary modification of Mr. Austin's bail conditions to allow him to meet with me and co-counsel tomorrow at my office. The reason for this request on short notice is as follows.

      On Wednesday, April 22, Mr. Austin advised his Pre-Trial Officer, Amanda Sanchez, of our planned meeting via e-mail. Mr. Austin copied me on the email. This morning, having not heard from Officer Sanchez, Mr. Austin sent another email advising Officer Sanchez of the meeting. I also confirmed via email that we were meeting tomorrow. 3 minutes after I sent my email, Officer Sanchez e-mailed Mr. Austin, denying his now 5-day old request. I was not copied on that email, nor has Officer Sanchez responded to my email as of the time of this letter.

      My co-counsel and I have set aside two hours for our planned client conference. Officer Sanchez was advised of the meeting 5 days ago, and only denied the request mere minutes after I confirmed it. Accordingly, I am requesting that Mr.

Hon. P. Kevin Castel, United States District Judge
April 29, 2024
Page 2

Austin be given permission to attend our planned client meeting tomorrow at my office, with sufficient time for round-trip travel from his home in Suffolk County. He will comply with Officer Sanchez's prior directives regarding travel time.

    Thank you for your consideration in this matter.

                      Very truly yours,

                        David K. Bertan

DKB
cc: AUSA Andrew Chan (via ECF)