UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                23 CR 508 (PKC)

        -against-                                                            <u>ORDER</u>

EUGENE W. AUSTIN, JR.,

                        Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Government's request to charge, voir dire, motions *in limine*, and Rule 404(b) evidence notice due <u>July 29, 2024</u> (extended from July 15, 2024).

        Defendant response to government submissions and any motions *in limine* due <u>August 12, 2024</u> (extended from July 29, 2024).

        Government response to defendant's motions *in limine* due <u>August 26, 2024</u> (extended from August 14, 2024)

        Final pretrial conference to be held on <u>September 11, 2024 at 11:00 a.m.</u> in Courtroom 11D (adjourned from August 28, 2024),

        SO ORDERED.

                                                                    *P. Kevin Castel*
                                                                      P. Kevin Castel
                                                              United States District Judge

Dated: New York, New York
          July 10, 2024