# DAVID K. BERTAN
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

July 9, 2024

**Via ECF**

Hon. P. Kevin Castel, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   USA v. Eugene Austin
              23-Cr-508 (PKC)

Dear Judge Castel:

    I represent Mr. Austin in the above matter. I am submitting this letter motion as a request for a temporary modification of Mr. Austin's bail conditions to allow him one additional meeting[1] this month with his son, Brandon Austin, and to allow him an additional 90 minutes in which to visit his family gravesite after church attendance on Sundays. As you may recall, Brandon Austin is due to begin his prison sentence on July 29, 2024. I have consulted with the Government and Pre-Trial; neither has any objection to this request.

    Thank you for your consideration in this matter.

                                Very truly yours,

                                David K. Bertan

DKB
cc: AUSA Andrew Chan (via ECF)

---

[1] On December 8, this Court modified Mr. Hugh Austin's bail to permit him to meet with Brandon Austin twice per month.

*[Handwritten endorsement: Application Granted. So Ordered. P. Kevin Castel, USDJ 7-10-24]*