LAW OFFICE OF
# Jacob Barclay Mitchell, Esq.
225 Broadway, Suite 2815
New York, New York 10007

TELEPHONE: (212) 204-2574                                    E-MAIL: jacobbarclaymitchell@gmail.com

August 12, 2024

**VIA ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    RE:   USA v. Eugene Austin
              23-Cr-508 (PKC)

Dear Judge Castel:

    Our responses to the Government's pre-trial submissions are due today. The Government has already provided their proposed Request to Charge and proposed Voir Dire, along with their *Motions in Limine.* Our opposition to the Government's motions *in limine* has already been filed. With the Court's permission, rather than submit competing Requests to Charge and proposed voir dire, we and the Government have agreed to provide the Court with a joint request to charge and a joint proposed Voir Dire. Accordingly, we are respectfully requesting permission to file these items by Monday, August 26, 2024.

Respectfully,

_____/S/_____
Jacob Mitchell

> The Court understands based upon defendant's submission that the defendant and the government have already agreed upon joint voir dire requests and joint requests to charge. In this remarkable and nearly unprecedented circumstance, the Court will grant the parties until August 26 to make this joint submission reflecting this agreement.
> SO ORDERED.
> Dated: 8/13/2024
>
> _P. Kevin Castel_
> P. Kevin Castel
> United States District Judge