UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EUGENE WILLIAM AUSTIN, JR.,<br>a/k/a "Hugh Austin,"<br><br>*Defendant.* | ~~Proposed~~ Bail Order<br><br>23 Cr. 508 (PKC) |

The Court held a bail hearing in the above-captioned matter on October 1, 2024. As ordered at that hearing:

1. The previously entered $1 million bond shall be secured by $650,000 in cash or property. The defendant is ordered DETAINED until such time as the $650,000 in security is posted.

2. The defendant shall not have any contact, direct or indirect (*i.e.* through a third party), with any of the individuals listed in Attachment A to this Order. To protect the privacy of victims, Attachment A is filed under seal.

3. In the event that the defendant is released pending sentencing, all previously ordered bail conditions remain in force, except that the condition that the defendant continue or actively seek employment is hereby SUSPENDED.

SO ORDERED:

Dated: New York, New York
       October 2, 2024

_____
THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

08.02.2023