UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                      23-cr-508 (PKC)

      -against-


EUGENE WILLIAM AUSTIN, Jr.,

                      Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        On September 24, 2024, the Court set sentencing in this case for February 20, 2025 at 11:00 a.m., nearly five months out. On November 22, 2024, Probation issued the initial disclosure of the Presentence Report and, on December 18, 2024, Probation issued the Final Presentence Report.

        On January 13, 2025, defendant sought to adjourn the sentencing until the first two weeks of April which the Court denied. On February 5, 2025, the defendant announced that he has lost confidence in his two CJA lawyers and sought the appointment of new counsel.

        The Court will appoint an additional counsel pursuant to the CJA for the purpose of sentencing. Steven Brill, a member of the CJA Panel is so appointed. The Court intends to comply with the requirement of Rule 32(b)(1), Fed. R. Crim. P.: "The court must impose sentence without unnecessary delay."

        SO ORDERED.

                                                                 P. Kevin Castel
                                                           United States District Judge

Dated: New York, NY
       February 6, 2025

cc: Steven Brill