

February 11, 2025

**Via ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> Sentencing is adjourned from February 20, 2025 to March 13, 2025 at 11:00 a.m. in Courtroom 11D. SO ORDERED.
> Dated: 2/11/2025
> _____
> P. Kevin Castel
> United States District Judge

**Re: <ins>United States v. Eugene Austin</ins>**
Ind. # 23 Cr. 508 (PKC)

Dear Judge Castel:

    On Thursday, February 6, 2025, Your Honor appointed me as additional CJA counsel for Mr. Austin for the purpose of sentencing that is scheduled for February 20, 2025. Since that appointment, I have worked quickly to get up to speed. I have spoken extensively with Mr. Austin's present attorneys, reviewed several documents related to Mr. Austin's sentencing, communicated with the government, as well as some of Mr. Austin's family members. Also, I appeared at the MDC to formally meet and visit with Mr. Austin for several hours. Although our attorney-client discussions were fruitful, there are additional aspects of Mr. Austin's upcoming sentencing that require more discussion between us, and more understanding on my part.

    I am fully aware of the Courts intention that Mr. Austin's sentencing occur on February 20, and its denial of a past request for an adjournment. However, I must respectfully request a thirty-day adjournment, so I have the necessary time to fully apprise myself of issues relating to Mr. Austin's sentencing, his attorney-client relationships, and to provide effective assistance and advice of counsel.

    Your consideration is appreciated.

    Very Truly Yours,

SULLIVAN|BRILL, LLP

_____
By: Steven Brill