

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 11, 2025

**Application Granted.**
**SO ORDERED.**
**Dated: 2/13/2025**

*[Signature: P. Kevin Castel]*
P. Kevin Castel
United States District Judge

**BY CM/ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Eugene W. Austin, Jr., a/k/a "Hugh Austin,"* 23 Cr. 508 (PKC)

Dear Judge Castel:

The Government writes with respect to sentencing the above-captioned matter. As the Court is aware, sentencing was originally scheduled for February 20, 2025. Earlier today, following an application from the defendant's recently appointed additional counsel, the Court adjourned sentencing to March 13, 2025, at 11:00 a.m. The defendant's trial counsel had previously filed a sentencing submission on February 6, 2025.

The Government's sentencing submission is currently due on February 13, 2025. The Government requests that the deadline for its sentencing submission be adjourned to March 6, 2025 – i.e., one week before the new sentencing date, consistent with the Court's individual rules for sentencing proceedings. This adjournment will allow the Government to make a fully informed sentencing recommendation and to respond to any potential supplemental arguments or sentencing issues raised by the defendant in advance of the adjourned sentencing date. Defense counsel does not object to the present request.

Respectfully submitted,

DANIELLE R. SASSOON
United States Attorney

By:   /s/
Andrew K. Chan / Steven J. Kochevar
Matthew Weinberg / Olga I. Zverovich
Assistant United States Attorneys
(212) 637-1072/2262/2386/2514

Cc (by ECF):   David Bertan, Esq.
               Steven Brill, Esq.
               Jacob Mitchell, Esq.