**Sentencing is adjourned from March 13, 2025 to March 19, 2025 at 4:30 p.m. SO ORDERED. Dated: 2/13/2025**

P. Kevin Castel
United States District Judge

**DAVID K. BERTAN**
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DBERTAN@YAHOO.COM

February 13, 2025

<u>Via ECF</u>

Hon. P. Kevin Castel, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    USA v. Eugene Austin
       23-Cr-508 (PKC)

Dear Judge Castel:

I am writing to request a short adjournment of the sentencing in this matter, which is currently scheduled for March 13, 2025.

I have a long-planned trip to Colorado to visit my daughter and new grandson, that week. I am taking my 24 year-old son so that for the first time, we can spend quality time with Liam and his mother (my daughter) without the presence of other family, such as ex-wives, great-grandparents, and other relatives. This will be our first opportunity to see my first grandson and my son's first nephew, "just us," and to lay the foundation for a bond with him that I hope will last a lifetime. My son and I planned this trip right after Liam was born, and I have booked and paid for flights for both of us, a rental car, and hotel rooms.

With that in mind, I respectfully request a brief adjournment. I return to New York on Saturday, March 15, and am available any day the week of March 17, 2025. All counsel, including the Government, have no objection to my request.

Thank you for your attention to this matter.

Very truly yours,

David K. Bertan

cc:    All counsel (ECF)
       Eugene Austin (Legal Mail)