UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                23-cr-508 (PKC)

           -against-                                      CORRECTED
                                                                         ORDER

EUGENE WILLIAM AUSTIN, Jr.,

                Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        There will be a _Fatico_ hearing on **April 23, 2025** at 11:00 a.m., continuing day-to-day until completed, on the objections to the PSR set forth in defendant's submission of March 8, 2025. (ECF 105.)  The government shall file on ECF by April 4 a list of all witnesses and documents it intends to offer at the hearing; such documents shall be provided to the defense by April 4, 2025.  The defendant shall file on ECF by April 11, 2025 a list of all witnesses and documents it intends to offer at the hearing by April 4; such documents shall be provided to the government by April 11, 2025.  The government's sentencing submission shall be filed by April 4, 2025 and the defendant's sentencing submission shall be filed by April 11, 2025.  The Court intends to rule on the _Fatico_ hearing promptly after its conclusion and proceed to sentencing.  The March 19 sentencing is VACATED.

        SO ORDERED.

                                                        P. Kevin Castel
                                                       United States District Judge

Dated: New York, NY
       March 11, 2025